Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:09-00255 |
| ) | Judge Trauger |
| JOEL H. GILCHRIST, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE

Pursuant to 18 U.S.C. 2253(a)(2) and the procedures set forth at 18 U.S.C. § 2253, Fed. R. Crim. P. 32.2(c) and/or 21 U.S.C. § 853(n), the United States of America, by and through Jerry E. Martin, United Sates Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney, moves for the entry of a Final Order of Forfeiture as to the following property:

(1) any visual depiction described in violation of 18 U.S.C. §§ 2251 or 2252A, of this chapter or any book, magazine, periodical, film, videotape, or other material which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property,

including but not limited to the following items:

1. An AMD Athelon x2 tower (computer);
2. A Soprano RS tower (computer);
3. 18 hard drives;
4. 3 thumb drives;

1